1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Patricia A Morris

JS-6

7
8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                     **WESTERN DIVISION**
10

11 | PATRICIA A MORRIS, | ) Case No.: 5:11 CV 1845 DSF VBK |
12 |                    | ) ORDER OF DISMISSAL |
13 | Plaintiff,         | ) |
14 | vs.                | ) |
   | MICHAEL J. ASTRUE, | ) |
15 | Commissioner of Social Security, | ) |
16 | Defendant.         | ) |
17

18
19     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21
22 DATE:   February 08, 2012              /s/
                                   _____
23                                 THE HONORABLE VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE
24
25
26

1  DATE: February 6, 2012         Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ Lawrence D. Rohlfing
3                              BY:_____
                                   Lawrence D. Rohlfing
4                                  Attorney for plaintiff Patricia A Morris

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 5:11 CV 1845 DSF VBK

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 6, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____